JS6

**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221
(818) 205-9955; (818) 205-9944 Fax

JOHNNA J. HANSEN, ESQ. SBN 112631
e-mail: Jhansen@Tharpe-Howell.com

Attorneys for Defendants, FARMERS GROUP, INC.; FARMERS INSURANCE EXCHANGE; FIRE UNDERWRITERS ASSOCIATION; FIRE INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WILLIAMS; EMMETT WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS GROUP, INC.; FARMERS INSURANCE EXCHANGE; FARMERS UNDERWRITERS ASSOCIATION; FIRE UNDERWRITERS ASSOCIATION; TRUCK UNDERWRITERS ASSOCIATION; MID-CENTURY INSURANCE COMPANY; FIRE INSURANCE EXCHANGE; TRUCK INSURANCE EXCHANGE; FARMERS INSURANCE GROUP; FARMERS INSURANCE GROUP OF COMPANIES; FARMERS INSURANCE COMPANY; O.S. ASSOCIATES, INC.; DEREK OLIN; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | CASE NO. CV-09-04435 VBF (PLAx)<br>[Hon. Valerie Baker Fairbank Ctrm. 9]<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties, Federal Rules of Civil Procedure, Rule 41(a)(1) and good cause appearing therefor, IT IS HEREBY ORDERED that:

(i) Plaintiff's Second Amended Complaint, in its entirety, is dismissed with prejudice as to all parties; and

- 1 -

1     (ii)    Each party shall bear his and its own attorney's fees and costs incurred
2 in connection with this action.
3     IT IS SO ORDERED.

5 DATED: __6/4/10__      HON. VALERIE BAKER FAIRBANK

I:\23142\Pleadings\Stip for Dismissal - Proposed Order.wpd

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 09-1872-VBF(CWx)**                              Dated: **June 4, 2010**

Title:    Maria Ventura -v- United States Postal Service, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

Joseph Remigio                                None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                  None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER SETTING OSC RE DISMISSAL**

On May 17, 2010, The Honorable Margaret A. Nagle, United States Magistrate Judge, issued an order requiring counsel to submit a Stipulation of Dismissal by no later than July 1, 2010, in light of the settlement reached.  Dkt. 28.

This Court hereby sets an order to show cause why the case should not be dismissed in light of the settlement for July 1, 2010 on the non-appearance calendar.  Counsel shall either file a Stipulation of Dismissal by this date or a statement explaining their failure to do so.

MINUTES FORM 90                       Initials of Deputy Clerk    jre
CIVIL - GEN
                                     -1-